Case 7:19-cv-00066   Document 3   Filed on 03/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE SALINAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-66 |
| § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal for Plaintiff Jose Salinas, the Court **GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

SO ORDERED this 18th day of March, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge